Certificate Number: 02921-PAE-CC-027664951



02921-PAE-CC-027664951

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 27, 2016, at 1:46 o'clock PM EDT, Maria Ramos received from Credit Counseling Center, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 27, 2016              By:    /s/Joan B Reading

                                   Name:  Joan B Reading

                                   Title: President

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).