# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                       Chapter 13

                       Bankruptcy No. 16-14859-AMC

MARIA DEL CARMEN RAMOS

2598 Daniels Lane

Quakertown, PA 18951

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARIA DEL CARMEN RAMOS

    2598 Daniels Lane

    Quakertown, PA 18951

Counsel for debtor(s), by electronic notice only.

    WILLIAM P MARSHALL
    PO BOX 267
    3101 TREWIGTOWN RD
    COLMAR, PA 18915

Date: 11/10/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee