# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Maria Del Carmen Ramos            )
                                          )     Case No.: 16-14859
                                          )
                        Debtor            )     Chapter:    13

## ORDER

AND NOW, this _____ day _____, 2016, upon consideration of the Trustee's Motion to Dismiss, and the Debtor's response thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is DENIED.

BY THE COURT:

_____
                                                                            J.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Maria Del Carmen Ramos | ) | |
| | ) | Case No.: 16-14859 |
| | ) | |
| Debtor | ) | Chapter:  13 |

## DEBTOR, MARIA DEL CARMEN RAMOS' RESPONSE TO THE TRUSTEE'S MOTION TO DISMISS

Debtor, Maria Del Carmen Ramos, by and through her counsel, William P. Marshall, Esquire avers as follows in support of her Response to Trustee's Motion to Dismiss:

1. Denied. It is specifically denied that the Debtor, Maria Del Carmen Ramos, failed to appear for the Creditor's Meeting. By way of further response, Debtor, Maria Del Carmen Ramos appeared at the meeting with counsel, as scheduled, and on time. Debtor, Maria Del Carmen Ramos handed over to the Receptionist at the Office of the Trustee payroll information, pay-stubs, proof as to the Debtor's home valuation, and her 2015 Federal Income Tax Return. However, because of the inadvertence of the Debtor, Maria Del Carmen Ramos, and her failure to provide proof of her social security number, the Receptionist at the Office of the Trustee stated that the meeting could not proceed. Debtor, Maria Del Carmen Ramos has a social security card, which she is able to produce, along with her photo identification if given the opportunity to proceed. Strict proof to the contrary is demanded.

2. Denied. Debtor, Maria Del Carmen Ramos, has made, and will continue to make, regular monthly payments to the Trustee.

WHEREFORE, it is respectfully requested that this Honorable Court DENY the Trustee's Motion to Dismiss.

Respectfully Submittted:

*William P. Marshall*

_____
WILLIAM P. MARSHALL, ESQUIRE
Attorney for Debtor,
Maria Del Carmen Ramos