United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Maria Del Carmen Ramos
    Debtor

Case No. 16-14859-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: May 31, 2017
Form ID: 160    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
db     +Maria Del Carmen Ramos,    2598 Daniels Lane,    Quakertown, PA 18951-5075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr      E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2017 01:21:58    Synchrony Bank,
   c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
   Miami, FL 33131-1605
                                                        TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority) lhaller@pkh.com,    dmaurer@pkh.com
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
         WILLIAM P. MARSHALL    on behalf of Debtor Maria Del Carmen Ramos wpmlawoffice@aol.com
                                                                                TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Maria Del Carmen Ramos
    Debtor(s)

Case No: 16–14859–amc

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 8/8/17

    at: 10:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 5/31/17

For The Court

Timothy B. McGrath
Clerk of Court