**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Maria Del Carmen Ramos : Case No. 16–14859–amc
      Debtor

### *ORDER*

AND NOW, this day August 1, 2017 , this Court having implemented its electronic filing system on April 1, 2003 pursuant to Standing Order;

And on October 19, 2004 an amendment of the Standing Order providing that as of January 15, 2005 all attorneys shall file all documents electronically unless a prior waiver or extension of the mandatory electronic filing deadline has been secured;[1]

And it appearing that a document styled " Answer to Debtor's Objection to Motion to Enforce the Automatic Stay and Obtain Sanctions from the Co–Debtor for Violation of the Automatic Stay. " has not been filed electronically and no waiver or extension of the electronic filing requirement has been secured;

And such non–complying document has been noted on the docket of this Court but has not been filed in the Court's electronic data base;

It is hereby ORDERED that no judicial action shall be taken in connection with a non–complying document and any filing fee accompanying such non–complying document will be contemporaneously returned;

And it is further ORDERED that the non–complying document will be stricken from the docket unless within fourteen (14) days the document and applicable filing fee are submitted in compliance with the Standing Order of this Court.

_____

[1] *On December 1, 2003 an amendment of the Standing Order required that any attorney who was not filing electronically file any paper document accompanied by a disc in PDF format and that the failure to do so would result in the striking of such document from the court record upon notice and opportunity to cure. As of that date the Court's document data base has been maintained electronically.*

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

58 – 57
Form 200