# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Maria Del Carmen Ramos | ) | |
| | ) | Case No.: 16-14859 AMC |
| | ) | |
| Debtor | ) | Chapter:   13 |

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Maria Del Carmen Ramos has filed a Motion for Relief from the Automatic Stay as it pertains to a pending divorce action in the Court of Common Pleas of Bucks County, Pennsylvania captioned, Ramos *v.* Rugliancich, and indexed at Bucks Co. CCP No. 2011-63115 which includes finalizing the property settlement agreement between the parties and the transfer of the real property located at 2598 Daniels Lane, Quakertown, Pennsylvania, 18915.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 28, 2017 you or your attorney must do all of the following:

    (a)   file an answer explaining your position at

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> Nix Building
> 900 Market Street, Room 400
> Philadelphia, Pennsylvania, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)  mail a copy to the movant's attorney:

        William P. Marshall, Esquire
        P.O. Box 267
        3101 Trewigtown Road
        Colmar, Pennsylvania 18915
        (215) 997-6040
        (215) 997-9611 Facsimile

   2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3.  A hearing on the motion is scheduled to be held before the Honorable Judge Ashley Chan on October 17, 2017 at 11:00 AM in Courtroom 5, United States Bankruptcy Court, Nix Building, 900 Market Street, Philadelphia, PA 19107.

   4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: September 13, 2017