## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Maria Del Carmen Ramos         )
                                                              )         Case No.: 16-14859
                                                              )
                    Debtor                  )         Chapter:    13

### PRE-CONFIRMATION CERTIFICATE OF COMPLIANCE OF POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) and 1325(a)(9)

I, William P. Marshall, Esquire, upon my oath according to the law, hereby certify as follows in connection with the confirmation hearing scheduled for October 17, 2017 in the above case:

1.  The above named debtor will be able to make all of the payments under the plan and comply with the plan.

2.  The above named debtor does not have any Domestic Support obligations whereby she would have to make payments.

3.  The above named debtor has filed all Federal, State and Local tax returns as required by 11 U.S.C. Section 1308.

4.  If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing Trustee prior to any subsequent Confirmation hearing date.

5.  Counsel certifies that he duly questioned the Debtor, Maria D. Ramos about the statements contained in this Certification, and she supplied answers consistent with the Certification.

LAW OFFICE OF WILLIAM P. MARSHALL

By:  s/ *William P. Marshall*
WILLIAM P. MARSHALL, ESQUIRE
Attorney for Debtor,
Maria D. Ramos