# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Maria Del Carmen Ramos           )
                                         )    Case No.: 16-14859
                                         )
                         Debtor          )    Chapter:    13

## ORDER

AND NOW, this 17th day of October 2017, upon consideration of the Motion of the Debtor, Maria Del Carmen Ramos for Relief from the Automatic Stay, and the response thereto, if any, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is Granted as to the pending divorce action in the Court of Common Pleas of Bucks County, Pennsylvania captioned, Ramos v. Rugliancich, and indexed at Bucks Co. CCP No. 2011-63115 which includes finalizing the property settlement agreement between the parties and the transfer of the real property located at 2598 Daniels Lane, Quakertown, Pennsylvania, 18915.

BY THE COURT:

_____

Ashely M. Chan, U.S. Bankruptcy Judge