```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 16-14859-amc
Maria Del Carmen Ramos                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Oct 18, 2017
                              Form ID: pdf900           Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db             +Maria Del Carmen Ramos,    2598 Daniels Lane,    Quakertown, PA 18951-5075
aty            +JULIE D. KALINKOS,    441 South West End Blvd.,    PO Box 611,    Quakertown, PA 18951-0611
intp          #+Juan C. Rugliancich, Sr.,    179 Crocus Court,    Quakertown, PA 18951-2733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 19 2017 01:36:24      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2017 01:35:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2017 01:36:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:37:02      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association (Trustee fo the
               Pennsylvania Housing Finance Authority) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association (Trustee fo the
               Pennsylvania Housing Finance Authority) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association (Trustee fo the
               Pennsylvania Housing Finance Authority) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM P. MARSHALL    on behalf of Debtor Maria Del Carmen Ramos wpmlawoffice@aol.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Maria Del Carmen Ramos         )
                                        )    Case No.: 16-14859
                                        )
                        Debtor          )    Chapter:    13

**ORDER**

AND NOW, this  17th  day of  October  2017, upon consideration of the Motion of the Debtor, Maria Del Carmen Ramos for Relief from the Automatic Stay, and the response thereto, if any, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is Granted as to the pending divorce action in the Court of Common Pleas of Bucks County, Pennsylvania captioned, Ramos  v. Rugliancich, and indexed at Bucks Co. CCP No. 2011-63115 which includes finalizing the property settlement agreement between the parties and the transfer of the real property located at 2598 Daniels Lane, Quakertown, Pennsylvania, 18915.

BY THE COURT:

_____
Ashely M. Chan, U.S. Bankruptcy Judge