**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARIA DEL CARMEN RAMOS                                Chapter 13

Debtor                    Bankruptcy No. 16-14859-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
WILLIAM P MARSHALL
PO BOX 267
3101 TREWIGTOWN RD
COLMAR, PA 18915


Debtor:
MARIA DEL CARMEN RAMOS

2598 DANIELS LANE

QUAKERTOWN, PA 18951