UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
    Maria D. Ramos                        :          Chapter 13
                                          :
    Debtor                                :
                                          :          Case No.: 16-14859

## PRAECIPE TO CONVERT FROM A CHAPTER 13 TO A CHAPTER 7

TO THE COURT:

    Please convert the above referenced Bankruptcy matter from a Chapter 13 to a Chapter 7 case. An amended Voluntary Petition and supporting documents will be timely filed with the Court in furtherance of the conversion to a Chapter 7 Bankruptcy matter.

Date:  September 19, 2018

                                  Signature: /s/Brad J. Sadek, Esquire
                                    Brad J. Sadek, Esquire
                                    Attorney for Debtor

Date:  9/19/18

                                    Maria D. Ramos