# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Maria D. Ramos**                                                                 Case No.  **16-14859**
                                   Debtor(s)                                               Chapter  **7**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedules I & J, consisting of  **4**  page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 3, 2018**                    Signature  **/s/ Maria D. Ramos**
                                                        **Maria D. Ramos**
                                                        Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.