Certificate Number: 03088-PAE-DE-032143475

Bankruptcy Case Number: 16-14859



03088-PAE-DE-032143475

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 11, 2019, at 7:44 o'clock AM CST, Maria D Ramos completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 11, 2019          By:   /s/Doug Tonne

                                  Name: Doug Tonne

                                  Title: Counselor