Certificate Number: 03088-PAE-DE-032143475

Bankruptcy Case Number: 16-14859



03088-PAE-DE-032143475

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on January 11, 2019, at 7:44 o'clock AM CST, Maria D Ramos completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 11, 2019    By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor