United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 16-14859-amc
Maria D. Ramos                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 2          Date Rcvd: Jan 15, 2019
                             Form ID: 318           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2019.
db              +Maria D. Ramos,    2598 Daniels Lane,    Quakertown, PA 18951-5075
13773597        +Bank of America,    PO Box 982238,    El Paso, TX 79998,    Barclays Bank,    PO Box 8803,
                 Wilmington, DE 19899-8803
13799837        +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
13795855        +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QRHHOLBER.COM Jan 16 2019 07:53:00     ROBERT H. HOLBER,    Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
smg              E-mail/Text: megan.harper@phila.gov Jan 16 2019 03:01:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2019 03:01:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2019 03:01:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13767952         EDI: CAPITALONE.COM Jan 16 2019 07:53:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13835730         EDI: BL-BECKET.COM Jan 16 2019 07:53:00     Capital One NA,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
13757532        +E-mail/Text: bankruptcy@cavps.com Jan 16 2019 03:01:26     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13839552         EDI: PRA.COM Jan 16 2019 07:53:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13769366         EDI: RECOVERYCORP.COM Jan 16 2019 07:53:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13766982         EDI: NEXTEL.COM Jan 16 2019 07:53:00     Sprint,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
13814101        +EDI: RMSC.COM Jan 16 2019 07:53:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
13830625         EDI: CAPITALONE.COM Jan 16 2019 07:53:00     WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,
                 PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                               TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +ROBERT H. HOLBER,    Robert H. Holber PC,    41 East Front Street,    Media, PA 19063-2911
13794886*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13830626*        WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Maria D. Ramos brad@sadeklaw.com,  bradsadek@gmail.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association (Trustee fo the
           Pennsylvania Housing Finance Authority) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association (Trustee fo the
           Pennsylvania Housing Finance Authority) bkgroup@kmllawgroup.com

District/off: 0313-2          User: Stacey          Page 2 of 2          Date Rcvd: Jan 15, 2019
                             Form ID: 318           Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee fo the
               Pennsylvania Housing Finance Authority) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association (Trustee fo the
               Pennsylvania Housing Finance Authority) bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee fo the
               Pennsylvania Housing Finance Authority) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                              TOTAL: 11

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Maria D. Ramos** | Social Security number or ITIN   **xxx–xx–8052** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **16–14859–amc**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria D. Ramos

1/15/19

**By the court:**   Ashely M. Chan
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---