## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Maria Del Carmen Ramos | CHAPTER 7 |
| Debtor(s) | |
| U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Authority) | NO. 16-14859 AMC |
| Movant | |
| vs. | |
| Maria Del Carmen Ramos | 11 U.S.C. Section 362 |
| Debtor(s) | |
| Robert H. Holber. | |
| Trustee | |

## ORDER

AND NOW, this 28th day of January , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 2598 Daniels Lane, Emerald Hollow Quakertown, PA 18951 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge

Maria Del Carmen Ramos
2589 Daniels Lane
Quakertown, PA 18951

William P. Marshall,
Law Office of William P. Marshall
P.O. Box 267 3101 Trewigtown Road
Colmar, PA 18915

Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532