Maria Ramos
3011 Mirkwood Ct
Pottstown, PA 19464


US BKPT CT PA PHILADELPHIA
900 Market Street, Suite 400
Philadelphia, PA 19107

July 15, 2022


Dear Clerk of Court,

I recently received a response from the credit bureaus - Equifax, Experian, and TransUnion, stating that the US Bankruptcy Court validated and/or reported the following information:

Court: US BKPT CT PA PHILADEL
Reference Number: 1614859AMC
Date Opened: 07/08/2016


May I request a letter confirming that the court indeed validated and/or reported this information to the bureaus. Please respond using the return envelope provided.

Sincerely,
Maria Ramos

