United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-14859-amc |
| Maria D. Ramos | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

**Recip ID        Recipient Name and Address**
  +   Maria Ramos, 3011 Mirkwood Ct., Pottstown, PA 19464-2711

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:

**Name**            **Email Address**

BRAD J. SADEK
                    on behalf of Debtor Maria D. Ramos brad@sadeklaw.com
                    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

JACK K. MILLER
                    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JOSHUA I. GOLDMAN
                    on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority)
                    Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD
                    on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority)
                    bkgroup@kmllawgroup.com

LEON P. HALLER
                    on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority) lhaller@pkh.com
                    dmaurer@pkh.com;mgutshall@pkh.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 25, 2022 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
   on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority) bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROBERT H. HOLBER
   trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
   on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

THOMAS I. PULEO
   on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority) tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

| | | |
|---|---|---|
| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA  19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br> 201 Penn Street<br>Suite 103<br>Reading, PA 19601<br>(610)208-5040 |

July 25, 2022

Maria Ramos
3011 Mirkwood Ct.
Pottstown, PA 19464

Re:16-14859

Dear   Ms. Ramos    ,

This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath
Clerk of Court

BY:_____Randi J._____

Deputy Clerk