*Form 167* (1/25)–doc 140 – 138

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                         )
   Maria D. Ramos                                   )          Case No. 16–14859–amc
                                                   )
                                                   )
   Debtor(s).                                       )          Chapter: 7
                                                   )
                                                   )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Return of Unclaimed Funds in the Amount of: $2332.80 Filed by Maria D. Ramos Represented by Self

Phone appearances are permitted by dialing 646–828–7666 and enter meeting ID 160 6807 8081.

on: 4/22/26

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: March 30, 2026                                          For The Court

                                                              Mohung Wong
                                                              Clerk of Court