United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 16-14859-amc

Maria D. Ramos                                                                     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2026 | Form ID: 167 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maria D. Ramos, 900 Mickley Road Rt.-4, Whitehall, PA 18052-5000 |
| aty | + JULIE D. KALINKOS, 441 South West End Blvd., PO Box 611, Quakertown, PA 18951-0611 |
| intp | + Juan C. Rugliancich, Sr., 179 Crocus Court, Quakertown, PA 18951-2733 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2026 00:17:40 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Debtor Maria D. Ramos brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| JACK K. MILLER | |
| | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |

District/off: 0313-2                        User: admin                                    Page 2 of 2

Date Rcvd: Mar 30, 2026                     Form ID: 167                                    Total Noticed: 4

JOSHUA I. GOLDMAN

    on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority)
Josh.Goldman@padgettlawgroup.com  bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KEVIN G. MCDONALD

    on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority)
bkgroup@kmllawgroup.com

LEON P. HALLER

    on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority) lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

REBECCA ANN SOLARZ

    on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority)
bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROBERT H. HOLBER

    trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER

    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

THOMAS I. PULEO

    on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority)
tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*Form 167* (1/25)–doc 140 – 138

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        )
   Maria D. Ramos                          )            Case No. 16–14859–amc
                                          )
                                          )
   Debtor(s).                              )            Chapter: 7
                                          )
                                          )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Return of Unclaimed Funds in the Amount of: $2332.80 Filed by Maria D. Ramos Represented by Self

Phone appearances are permitted by dialing 646–828–7666 and enter meeting ID 160 6807 8081.

on: 4/22/26

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107


Date: March 30, 2026                                    For The Court

                                                       Mohung Wong
                                                       Clerk of Court