## UNITED STATES BANKRUPTCY COURT
EASTERN _____ **District of** PENNSYLVANIA

In re:       MARIA DEL CARMEN RAMOS          )        Case No.   16-14859
                                             )
             *Debtor(s)*                     )        Chapter    7

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On __March 17, 2026___, an application was filed for the Claimant(s),
_MARIA DEL CARMEN RAMOS_____, for payment of unclaimed funds deposited with the
court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish
that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby
    ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 2,332.80 _____held in
unclaimed funds be made payable to _MARIA DEL CARMEN RAMOS_____
and be disbursed to the payee at the following address:
 900 MICKLEY RD. RT-4 WHITEHALL, PA 18052 _____.
The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Date: April 23, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge