United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 16-14859-amc

Maria D. Ramos                                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 2

Date Rcvd: Apr 23, 2026                       Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID              Recipient Name and Address**
db                   +  Maria D. Ramos, 900 Mickley Road Rt.-4, Whitehall, PA 18052-5000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

**Name                      Email Address**

BRAD J. SADEK
                          on behalf of Debtor Maria D. Ramos brad@sadeklaw.com
                          bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

JACK K. MILLER
                          on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JOSHUA I. GOLDMAN
                          on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority)
                          Josh.Goldman@padgettlawgroup.com  bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KEVIN G. MCDONALD
                          on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority)
                          bkgroup@kmllawgroup.com

LEON P. HALLER
                          on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority) lhaller@pkh.com
                          dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

District/off: 0313-2                         User: admin                                    Page 2 of 2

Date Rcvd: Apr 23, 2026                      Form ID: pdf900                                Total Noticed: 1

REBECCA ANN SOLARZ
                    on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority)
                    bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROBERT H. HOLBER
                    trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
                    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

THOMAS I. PULEO
                    on behalf of Creditor U.S. Bank National Association (Trustee fo the Pennsylvania Housing Finance Authority)
                    tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

## UNITED STATES BANKRUPTCY COURT
EASTERN _____ **District of** PENNSYLVANIA

In re:       MARIA DEL CARMEN RAMOS       )       Case No.   16-14859
                                          )
             *Debtor(s)*                  )       Chapter
                                          )                7

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On__March 17, 2026___, an application was filed for the Claimant(s),
MARIA DEL CARMEN RAMOS_____, for payment of unclaimed funds deposited with the
court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish
that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby
    ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $_2,332.80_____held in
unclaimed funds be made payable to _MARIA DEL CARMEN RAMOS_____
and be disbursed to the payee at the following address:
_900 MICKLEY RD. RT-4 WHITEHALL, PA 18052_____.
The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Date: April 23, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge